USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/2022

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

AUTH TOKEN LLC,

    Plaintiff,

v.

MASTERCARD INTERNATIONAL INCORPORATED,

    Defendant.

Case No. 1:21-cv-09353-AT

Patent Case

Jury Trial Demanded

## ORDER GRANTING JOINT MOTION TO DISMISS

The Court, having considered the Parties' Joint Motion to Dismiss, ECF No. 25, and good cause appearing therefor,

IT IS HEREBY ORDERED that the claims against Defendant are dismissed WITH PREJUDICE and the counterclaims against Plaintiff are dismissed WITHOUT PREJUDICE. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: January 31, 2022
New York, New York

_____
ANALISA TORRES
United States District Judge